# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

In re:  
    BRITTNI KOREN DUPUY

Debtor(s)

Case No. 13-61534

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Herbert L. Beskin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/26/2013.

2) The plan was confirmed on 10/29/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/16/2015.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,704.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $8,110.39 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $8,110.39

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $500.37 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $500.37

Attorney fees paid and disclosed by debtor:    $2,750.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AKIL ROGERS | Priority | NA | NA | NA | 0.00 | 0.00 |
| ALTAIR OH XIII, LLC | Unsecured | 1,277.00 | 1,276.89 | 1,276.89 | 0.00 | 0.00 |
| ALTAIR OH XIII, LLC | Unsecured | 5,111.00 | 5,110.74 | 5,110.74 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 1,098.00 | NA | NA | 0.00 | 0.00 |
| CACI | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE, N. A. | Unsecured | 983.00 | 983.30 | 983.30 | 0.00 | 0.00 |
| CARE CREDIT | Unsecured | 788.00 | NA | NA | 0.00 | 0.00 |
| CAROLINE AYRES | Unsecured | 916.00 | NA | NA | 0.00 | 0.00 |
| CARRIAGE HILL APARTMENTS | Unsecured | 5,668.00 | NA | NA | 0.00 | 0.00 |
| CASH NET USA | Unsecured | 1,506.00 | NA | NA | 0.00 | 0.00 |
| CENTURY LINK | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| CHARLOTTESVILLE ORAL SURGERY | Unsecured | 617.00 | NA | NA | 0.00 | 0.00 |
| CHARLOTTESVILLE PATHOLOGY AS | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS CO | Unsecured | 960.00 | 959.63 | 959.63 | 0.00 | 0.00 |
| DERMATOLOGY PLC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| DRS. COOK AND MICHAEL | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| FAIRFAX NEONATAL ASSOCIATES P( | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | 7,251.00 | 8,224.51 | 8,224.51 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Unsecured | 15,549.00 | 15,848.57 | 15,848.57 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Secured | 21,980.64 | 37,069.57 | 21,699.95 | 5,959.12 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Secured | 1,373.79 | 1,373.79 | 1,373.79 | 1,373.79 | 0.00 |
| INOVA FAIRFAX HOSPITAL | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON OB/GYN | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| MARTHA JEFFERSON HOSPITAL | Unsecured | 200.00 | 840.62 | 840.62 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 2,610.00 | 2,679.00 | 2,679.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 965.00 | 986.75 | 986.75 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 818.00 | 92.32 | 92.32 | 0.00 | 0.00 |
| NEX/MIL STAR/EXCHANGE | Unsecured | 2,835.00 | 2,242.68 | 2,242.68 | 0.00 | 0.00 |
| PAYNES CHECK CASHING | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC ASSOCIATES OF CHARLC | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| PET GO AROUND / TD RCS | Unsecured | 1,000.00 | 999.99 | 999.99 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PHYSICAL THERAPY OF ACAC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| PIEDMONT EMERGENCY CONSULTA | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,147.00 | 1,146.56 | 1,146.56 | 0.00 | 0.00 |
| RAPPAHANNOCK ELECTRIC COOP | Unsecured | 446.00 | 450.60 | 450.60 | 0.00 | 0.00 |
| RENT YOUR HOME LLC | Priority | NA | NA | NA | 0.00 | 0.00 |
| TERRY ALLEN, MD | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| USA DISCOUNTERS | Secured | 817.80 | 817.80 | 817.80 | 224.91 | 0.00 |
| USA DISCOUNTERS | Secured | 52.20 | 52.20 | 52.20 | 52.20 | 0.00 |
| USA DISCOUNTERS | Unsecured | 2,212.00 | 2,290.75 | 2,290.75 | 0.00 | 0.00 |
| USAA | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| USAA SAVINGS BANK | Unsecured | 9,709.00 | NA | NA | 0.00 | 0.00 |
| UVA HEALTH SYSTEM-- MEDICAL C | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| UVA PHYSICIANS GROUP LEGAL UN | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,073.74 | $7,332.91 | $0.00 |
| All Other Secured | $870.00 | $277.11 | $0.00 |
| **TOTAL SECURED:** | **$23,943.74** | **$7,610.02** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$44,132.91** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $500.37 |
| Disbursements to Creditors | $7,610.02 |
| **TOTAL DISBURSEMENTS** : | **$8,110.39** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/15/2015     By: /s/ Herbert L. Beskin
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.